UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCEL ROBINSON,<br>*On behalf of Plaintiff and similarly situated individuals,*<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>BROOKLYN BAZAAR LLC, AARON BROUDO, and BELVY KLEIN,<br><br>　　　　　　　　　Defendants. | Docket No.: 21-cv-00795<br><br>**JOINT STIPULATION AND ORDER<br>OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that:

　　(a)　the Parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); and

　　(b)　the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

Dated: October 13, 2021

**AIDALA, BERTUNA, & KAMINS P.C.**

*Lawrence Spasojevich*
By: Lawrence Spasojevich

546 5th Avenue, 6th Floor
New York, NY 10036
(212) 486-0011

*Attorneys for Plaintiff*

Dated: September 13, 2021

**LITTLER MENDELSON, P.C.**

By: Daniel Gomez-Sanchez

290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4700

*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Roanne Mann